Case 3:23-cv-00237   Document 20   Filed on 12/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW ARNOLD PEARSON II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-237 |
| | § | |
| CHEDDAR'S RESTAURANT HOLDING CORP., | § | |
| | § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

On December 23, 2024, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 19.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 26th day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE